THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

CLERK, U S DISTRICT COURT
JAN 2 1 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK U.S. DISTRICT COURT
FEB - 5 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFI MOGHADAM<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF LOS ANGELES, DEPARTMENT OF TRANSPORTATION<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV03-481<br><br>**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

**Note**: This order does not authorize a plaintiff to proceed in *forma pauperis* nor does it authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned. The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court.

_____          _____
Date                                                                   United States Magistrate Judge

===============================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency            ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☐ Other: _____

Comments:

1/22/03                                                                   /s/ Ralph Zarefsky
_____          _____
Date                                                                   United States Magistrate Judge

===============================================================================

IT IS ORDERED that the application of plaintiff to file the action without prepayment of the filing fee is:
            ☐ GRANTED                          ☒ DENIED (See note above).

1/24/03                                                                   /s/ C. B.
_____          _____
Date                                                                   United States District Judge

CV-73A (02/99)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE